[No. 25492-8-I.   Division One.   April 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. IMRA GREEN
VAN WOLVELAERE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-8-05539-4, Patricia H. Aitken, J., entered
December 21, 1989. *Affirmed in part* and *reversed in part* by
unpublished opinion per Scholfield, J., concurred in by Pekelis, A.C.J., and Agid, J.

[No. 26765-5-I.   Division One.   April 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. AZIZOLLAH
MAZOONI, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-1-04215-7, William L. Downing, J., entered
July 23, 1990. *Affirmed* by unpublished opinion per Pekelis,
A.C.J., concurred in by Grosse and Forrest, JJ.

[Nos. 28863-6-I; 28990-0-I.   Division One.   April 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
LOPEZ, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ANDREW
MIGAS, *Appellant*.

Appeals from judgments of the Superior Court for Snohomish County, Nos. 91-1-00035-7, 91-1-00034-9, James H.
Allendoerfer, J., entered July 25 and 19, 1991. *Affirmed* by
unpublished opinion per Pekelis, A.C.J., concurred in by
Coleman and Grosse, JJ.

[No. 29446-6-I.   Division One.   April 19, 1993.]

*In the Matter of the Personal Restraint of*
ROGER KORFF, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished per curiam opinion.